District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI NAJAFI, | No. 2:23-cv-1622-BJR |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | |
| MERRICK GARLAND, *et al.*, | |
| Defendants. | |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g), and 16, hereby jointly stipulate and move to stay the proceedings for 60 days.  Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status.  Defendants' response to the Complaint is currently due on January 2, 2024.  For good cause, the parties request that the Court hold this case in abeyance until March 1, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION         - 1
(23-cv-1622-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS anticipates adjudicating Plaintiff's Form I-485 by March 1, 2024. Once adjudicated, the parties agree that this case will be moot.

Accordingly, the parties request that this case be stayed until March 1, 2024. The parties will submit a joint stipulated motion to dismiss or, if necessary, a joint status report on or before March 1, 2024.

Dated: December 4, 2023                    Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 246 words, in compliance with the LCR.***

s/draft
JAY GAIRSON, WSBA#43365
Gairson Law LLC
4606 Martin Luther King Jr. Way S.
Seattle, Washington 98108
Phone: 206-357-4218
Email: jay@gairson.com

STIPULATED MOTION - 2
(23-cv-1622-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/draft*
JENNIFER NIMER, PHV
Nimer Law LLC
6500 Emerald Pkwy, Suite 100
Dublin, Ohio 43016
Phone: 614-927-0270
Email: jnimer@nimerlaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION            - 3
(23-cv-1622-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so **ORDERED**. This case is stayed until March 1, 2024. The parties shall submit a joint stipulated motion to dismiss or a joint status report on or before March 1, 2024.

DATED this 5th day of December, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION    - 4
(23-cv-1622-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970