District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALI NAJAFI,

      Plaintiff,

 v.

MERRICK GARLAND, *et al.*,

      Defendants.

Case No. 2:23-cv-01622-BJR

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

  Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g), and 16, hereby jointly stipulate and move to extend the stay of these proceedings through June 20, 2024.  This case is currently stayed through March 1, 2024. Dkt. No. 9.  Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status.  For good cause, the parties request that the Court hold this case in abeyance through June 20, 2024.

  Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION
[Case No. 2:23-cv-01622-BJR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 4258-3800

1  control the disposition of the causes on its docket with economy of time and effort for itself, for
2  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3  P. 1.
4       With additional time, this case may be resolved without the need for further judicial
5  intervention.  Since the last filing, USCIS issued a Notice of Intent to Deny ("NOID") Plaintiff's
6  Form I-485.  Plaintiff has until April 21, 2024, to respond to the NOID.  USCIS anticipates
7  adjudicating Plaintiff's Form I-485 within sixty days of receipt of Plaintiff's response.  Once
8  adjudicated, the parties agree that this case will be moot.
9       Accordingly, the parties request that this case be stayed until June 20, 2024.  The parties
10 will submit a joint stipulated motion to dismiss or, if necessary, a joint status report on or before
11 June 20, 2024.
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION
[Case No. 2:23-cv-01622-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

DATED this 20th day of February, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GAIRSON LAW LLC |
| /s/Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | s/Jay Gairson<br>JAY GAIRSON, WSBA #43365<br>4606 Martin Luther King Jr. Way S.<br>Seattle, Washington 98108<br>Phone: (206) 357-4218<br>Email: jay@gairson.com |
| *Attorneys for Defendants* | NIMER LAW LLC |
| ***I certify that this memorandum contains 281 words, in compliance with the Local Civil Rules.*** | s/Jennifer Nimer<br>JENNIFER NIMER*, OH #79475<br>6500 Emerald Pkwy, Suite 100<br>Dublin, Ohio 43016<br>Phone: (614) 927-0270<br>Email: jnimer@nimerlaw.com<br>*PHV<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION
[Case No. 2:23-cv-01622-BJR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

**ORDER**

It is so **ORDERED**.  This case is stayed until June 20, 2024.  The parties shall submit a joint stipulated motion to dismiss or a joint status report on or before June 20, 2024.

DATED this 21st day of February 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION
[Case No. 2:23-cv-01622-BJR] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 4258-3800